Kevin A. Crisp (SBN 261023)
    E-mail: crispk@pepperlaw.com
**PEPPER HAMILTON LLP**
4 Park Plaza, Suite 1200
Irvine, California  92614
Tel:  949-567-3500; Fax:  949-863-0151

Attorneys for THE VANGUARD GROUP,
INC.; VANGUARD MARKETING CORP.;
and VANGUARD FIDUCIARY TRUST
COMPANY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA—SOUTHERN DIVISION

| | |
|---|---|
| JULIAN A. POLLOK,<br><br>            Plaintiff,<br><br>        v.<br><br>THE VANGUARD GROUP, INC.,<br>ET. AL,<br><br>            Defendants. | Case No. 2:18-CV-01099-JLS-JCG<br><br>Hon. Josephine L. Staton<br>Courtroom:  10A<br><br>**VANGUARD'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS AND FOR SANCTIONS UNDER 28 U.S.C. § 1927 AND THE COURT'S INHERENT POWER**<br><br>[filed concurrently with Motion to Dismiss; Memorandum of Points and Authorities In Support Thereof; Declaration of Kevin A. Crisp; and Proposed Order]<br><br>Hearing Date:   May 11, 2018<br>Hearing Time:   2:30 p.m.<br>Courtroom:       10A |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on May 11, 2018, 2018 at 2:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 10A of the United States District Court for the Central District of California—Southern Division, located at the Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Santa Ana, California 92701, the Honorable Josephine L. Staton presiding, Defendant Vanguard Fiduciary Trust Company ("Vanguard") will and hereby does move the Court for an order taking judicial notice of the following documents filed publicly in this Court as well as in the Superior Court of California under Federal Rule of Evidence 201 and related authority:

**Exhibit 1.**   Order Granting Defendants' Motion for Summary Judgment, C.D. Cal. Case No. 2:16-cv-06482-JLS-JCG ("Tort Case") Docket No. 67

**Exhibit 2.**   Complaint for Damages, Superior Court of California, Orange County Case No. 30-2015-00794869 ("Malicious Prosecution Case).

**Exhibit 3.**   Minute Order Dated October 22, 2015 entered in Malicious Prosecution Case

**Exhibit 4.**   Petition for Turnover of Estate Property Pursuant to Probate Code § 850, Superior Court of California, Orange County Case No. 30-2014-00733494 ("Turnover Case")

**Exhibit 5.**   Minute Order Dated November 7, 2016 entered in Turnover Case

**Exhibit 6.**   Complaint for Damages, Tort Case Docket No. 0

**Exhibit 7.**   Order Granting in Part and Denying in Part Defendants' Motion to Dismiss, Tort Case Docket No. 27

**Exhibit 8.**   Julian A. Pollok's Notice of Motion and Motion for: (1) Reconsideration of the Court's Order Granting Vanguard's Motion for

Summary Judgment; (2) Leave to File an Amended Complaint, Tort Case Docket No. 74

**Exhibit 9.**   Order (1) Denying Plaintiff's Motion for Reconsideration of the Court's Granting Vanguard's Motion for Summary Judgment; (2) Denying Plaintiff's Motion for Leave to File an Amended Complaint; and (3) Granting Stipulation of Dismissal of Vanguard's Counterclaims, Tort Case Docket No. 79

**Exhibit 10.** Julian A. Pollok's Notice of Motion and Motion to Alter or Amend Judgment Pursuant to F.R.C.P. 59(e), Tort Case Docket No. 84

**Exhibit 11.** Julian Pollok's Reply in Support of Motion for: (1) Reconsideration of the Court's Order Granting Vanguard's Motion for Summary Judgment; (2) Leave to File an Amended Complaint, Tort Case Docket No. 77

**Exhibit 12.** Order Denying Plaintiff's Motion to Alter or Amend the Judgment, Tort Case Docket No. 92

**Exhibit 13.** Notice of Appeal, Tort Case Docket No. 87

**Exhibit 14.** Order Dated December 11, 2017, Tort Case Docket No. 89

**Exhibit 15.** Amended Notice of Appeal, Tort Case Docket NO. 94

**Exhibit 16.** Complaint for Breach of Contract, C.D. Cal. Case No. 2:18-cv-01099-JLS-JCG ("Contract Case") Docket No. 2

**Exhibit 17.** Notice of Related Cases, Contract Case Docket No. 3

**Exhibit 18.** Order Dated July 25, 2016, C.D. Cal. Case No. 8:16-cv-00836-JLS-JCG Docket No. 28

**Exhibit 19.** Vanguard's Opposition to Pollok's Motion for Order Compelling Depositions After the Discovery Cutoff, Tort Case Docket No. 47

1    **Exhibit 20.** Ex Parte Application for Order Permitting Filing of Late
2         Opposition to Motion to Dismiss, C.D. Cal. Case No. 8:16-cv-00836-
3         JLS-JCG Docket No. 25
4    **Exhibit 21.** Ex Parte Application for Order Permitting Filing of Late
5         Opposition to Vanguard's Motion to Exclude Expert Testimony of
6         Ulrich Keller, Jr., Tort Case Docket No. 65
7    **Exhibit 22.** Vanguard's Opposition to Pollok's Motion for Reconsideration
8         of Summary Judgment and Leave to File Amended Complaint, Tort
9         Case Docket No. 75
10   **Exhibit 23.** Vanguard's Opposition to Pollok's Second Motion for
11        Reconsideration of Summary Judgment, Tort Case Docket No. 90
12   **Exhibit 24.** Exhibit 4 to Vanguard's Appendix of Exhibits in Support of Its
13        Motion for Summary Judgment, Tort Case Docket No. 39 (which the
14        court admitted into evidence and cited in its summary judgment order
15        as a controlling contract, under which Pollok purports to sue
16        Vanguard—Tort Case Dkt. No. 67 at 2, 6-7)
17   **Exhibit 25.** Exhibit 13 Vanguard's Appendix of Exhibits in Support of Its
18        Motion for Summary Judgment, Tort Case Docket No. 40 (which the
19        court admitted into evidence and cited in its summary judgment order
20        as a controlling contract, under which Pollok purports to sue
21        Vanguard—Tort Case Dkt. No. 67 at 2, 6-7)
22        The Court may take judicial notice of the above exhibits, each of which is
23   attached hereto, because they are publicly filed court documents whose authenticity
24   cannot be reasonably challenged, and the Court may take judicial notice of court
25   filings and other matters of public record. *Reyn's Pasta Bella, LLC v. Visa USA,*
26   *Inc.*, 442 F.3d 741, 746 (9th Cir. 2006); *see also Bovarie v. Giurbino*, 421 F. Supp.
27   2d 1309, 1313 (S.D. Cal. 2006) ("[A] court may take judicial notice of its own
28   records.") (citing *U.S. v. Author Servs., Inc.*, 804 F.2d 1520, 1523 (9th Cir. 1986));

*Cazares v. Pacific Shore Funding*, 2006 WL 149106, at *10 (C.D. Cal. Jan. 3, 2006) ("so long as the exhibit is a matter of public record, judicial notice is appropriate"); *Watkins v. Autozone Parts, Inc.*, 2008 WL 5132092, at *5 (S.D. Cal. Dec 05, 2008) (taking judicial notice of complaint filed in another case); *Lee v. City of Los Angeles*, 250 F.3d 668, 690 (9th Cir. 2001) (allowing court to take judicial notice of another court's opinion for the existence of that opinion, which cannot be subject to a reasonable dispute over its authenticity); Fed. R. Evid. 201(d) (courts "must take judicial notice if requested by a party and supplied with the necessary information").

In addition, this Court may take judicial notice of Exhibits 24 to 25 because they are governing contracts, integral to the Complaint's claims, and because the Complaint references them by implication in purporting assert contract claims under these agreements. *Halperin v. Raville*, 176 Cal. App. 3d 765, 772 (1986) ("No person can be permitted to adopt that part of an entire transaction which is beneficial to him/her, and then reject its burdens."); *see also Parrino v. FHP, Inc.,* 146 F.3d 699, 706 (9th Cir. 1998) (on motion to dismiss, courts may consider documents "integral to the plaintiff's claims" even if they were omitted from the complaint) (superseded on other grounds); *Dent v. Cox Comms. Las Vegas, Inc.*, 502 F.3d 1141, 1143 (9th Cir. 2007) (same); *Sosa v. DIRECTV, Inc.*, 437 F.3d 923, 927 (9th Cir. 2006) (same); *Fields v. Legacy Health Sys.*, 413 F.3d 943, 958 (9th Cir. 2005) (same). What's more, the Court previously admitted them both into evidence in the Tort Case and cited them in its order granting summary judgment for Vanguard under those contract's terms. Tort Case Dkt. No. 67 at 2, 6-7.

This motion is based on this Notice of Motion, the concurrently-filed Motion to Dismiss and Memorandum in Support Thereof, the pleadings and records on file with this Court, and on such oral and other evidence and argument as may be presented at the motion's hearing.

1  Dated:  April 9, 2018                    PEPPER HAMILTON LLP

2                                           By:___/s/ Kevin A. Crisp_____

3                                           Kevin A. Crisp
                                            Attorneys for Vanguard
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

VANGUARD'S REQUEST FOR JUDICIAL NOTICE ISO MOTION TO DISMISS AND FOR SANCTIONS